York against Elmer S. Prather and another. A. L. Davis, for appellants. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE **v.** REISS. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Proceeding by the People against Emil Reiss. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 137 App. Div. 925, 121 N. Y. Supp. 1142.

PEOPLE ex rel. BRENNAN, Appellant, v. EDDY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of James H. Brennan, against R. Condit Eddy and others, as Civil Service Commissioners, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. CITY OF NEW YORK v. O'TOOLE et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Proceeding by the People of the State of New York, on the relation of the City of New York, against William O'Toole and others. With this case have been consolidated in this court cases bearing titles as follows: People v. Julia E. Goossen et al.; Same v. Sandrock Realty Co. et al; Same v. Bronx Bath Co. et al. No opinions. Motions denied. Orders filed.

PEOPLE ex rel. CITY OF NEW YORK v. SMITH et al. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of the City of New York, against Charles W. Smith and others, Assessors of the Town of Hempstead, in the County of Nassau. No opinion. Motion dismissed, without costs. The question may be presented at the Special Term, and reviewed on appeal from final determination on the merits.

PEOPLE ex rel. CLARE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1910.) Proceeding by the People of the State of New York, on the relation of Daniel W. Clare, against Kitty Smith. G. Kirby, for appellant. R. C. Taylor, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. DOUGAN v. McANENY. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of John J. Dougan, against George McAneny, President, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 125 N. Y. Supp. 1138.

PEOPLE ex rel. ERIE R. CO. v. BAYLESS et al., Assessors. SAME v. SMITH et al., Assessors. (Supreme Court, Appellate Division, Third Department. January 13, 1911.) Proceedings by the People of the State of New York, on the relation of the Erie Railroad Company against Samuel Bayless and others, as Assessors of the Town of Kirkwood, County of Broome, State of New York, and against Edwin Smith and others, as Assessors of the Town of Kirkwood, County of Broome, State of New York. No opinions. Appellant's motion granted, without costs, and respondents' motion denied, without costs, on condition that appellant is prepared to argue the appeal upon the first day of the March term.

PEOPLE ex rel. FLAUM v. WARDEN OF CITY PRISON. (Supreme Court, Appellate Division. First Department. December 23, 1910.) Proceeding by the People of the State of New York, on the relation of Saul Flaum, against the Warden of the City Prison. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. ISAACSON, Respondent, v., FALLON, Warden, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of Samuel D. Isaacson, against John J. Fallon, Warden of the City Prison, etc. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People v. Brown and Taub, 140 App. Div. 591, 125 N. Y. Supp. 793, decided by the Appellate Division in the First Department. November 18, 1910. For opinion below, see 127 N. Y. Supp. 710.

PEOPLE ex rel. McBRIDE, Respondent, v. ATCHISON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1911.) Proceeding by the People of the State of New York, on the relation of Arthur J. McBride, against T. Edward Atchison, as President, etc., and others. No opinion. Order (68 Misc. Rep. 115, 123 N. Y. Supp. 577) affirmed, with costs.

PEOPLE ex rel. McCALL v. CITY OF ALBANY et al. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Proceeding by the People of the State of New York, on the relation of Henry S. McCall, against the City of Albany and others. No opinion. Motion denied. See, also, 138 App. Div. 932, 123 N. Y. Supp. 1136.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO., Respondent, v. BALLANTINE et al., Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of the New York, Ontario & Western Railway Company, against John A. Ballantine and others, as Assessors of the Town of Hamden, Delaware County. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO., Respondent, v. WAKEMAN et al., Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of the New York,

Ontario & Western Railway Company, against Edwin Wakeman and others, as Assessors of the Town of Walton, Delaware County. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. NEW YORK, O. & W. RY. CO., Respondent, v. WAKEMAN et al., Assessors, Appellants. (Supreme Court, Appellate Division, Third Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of the New York, Ontario & Western Railway Company, against Edwin Wakeman and others, Assessors of the Town of Walton, Delaware County. No opinion. Motion denied.

PEOPLE ex rel. ORTON, Appellant, v. WASHBURN, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. December 9, 1910.) Proceeding by the People of the State of New York, on the relation of Emmet W. Orton, against John Washburn, as Sheriff of the County of Saratoga. No opinion. Order unanimously affirmed.

PEOPLE ex rel. PERRETTA, Appellant, v. REUSSWIG, City Comptroller, Respondent. (Supreme Court, Appellate Division, Fourth Department, December 9, 1910.) Proceeding by the People of the State of New York on the relation of Rocco Perretta, against Fred G. Reusswig, as Comptroller of the City of Utica. No opinion. Order affirmed, with costs.

PEOPLE ex rel. SHAW, Respondent, v. ASSESSORS OF TOWN OF GREENBURGH, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of Albert Shaw, against the Assessors of the Town of Greenburgh for the years 1907 and 1908. No opinion. Final orders modified, by striking out the provision as to costs, and, as modified, affirmed, without costs.

PEOPLE ex rel. WESTERN NEW YORK & P. RY. CO., Appellant, v. WOODBURY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 19, 1911.) Proceeding by the People of the State of New York, on the relation of the Western New York & Pennsylvania Railway Company, against Egburt E. Woodbury and others, as Tax Commissioners, etc., and the City of Rochester. No opinion. Motion granted. See, also, 133 App. Div. 503, 117 N. Y. Supp. 676.

PODESCHT, Respondent, v. NATIONAL ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Rudolph Podescht against the National Elevator Company. J. V. Bouvier, Jr., for appellant. I. B. Wheeler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

POST et al. v. THOMAS et al. (Supreme Court, Appellate Division, First Department. December 9, 1910.) Action by Edwin E. Post and another against Edward R. Thomas and others. No opinion. Motion denied, with $10 costs. Order filed.

PRICE v. EQUITABLE TRUST CO. OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by William T. R. Price against the Equitable Trust Company of New York, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 137 App. Div. 943, 122 N. Y. Supp. 1148.

PRICE, Appellant, v. WALKER, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Edith Y. Price against Ephriam A. Walker. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 85, 122 N. Y. Supp. 493.

PULVER, Respondent, v. DEUEL, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Irving B. Pulver against Amelia C. Deuel. PER CURIAM. Judgment and order affirmed, with costs. JENKS and BURR, JJ., vote to reverse, on the ground that the verdict is against the weight of evidence.

QUINN, Respondent, v. SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Ellen Mary Quinn against the Supreme Council, Catholic Benevolent Legion. PER CURIAM. Order affirmed, with $10 costs and disbursements. CARR, J., not voting.

In re RATEAU SALES CO. (Supreme Court, Appellate Division, First Department. December 23, 1910.) In the matter of the Rateau Sales Company. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REED, Respondent, v. WATSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1910.) Action by Edgar P. Reed against James S. Watson and others, and 33 other separate actions brought by different plaintiffs against the same defendants. No opinion. Orders modified by striking therefrom the provision for motion, costs to abide event, and, as so modified, affirmed, without costs of this appeal to any party.

RICH et al., Respondents, v. MINER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Mary E. Rich and others against Ella Miner. No opinion. Judgment affirmed, with costs.